**FILED**

# United States District Court
## For The District of Wyoming

10:05 am, 5/14/21

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| RANCHERS CATTLEMEN ACTION LEGAL FUND UNITED STOCKGROWERS OF AMERICA, TRACY and DONNA HUNT, d/b/a THE MW CATTLE COMPANY, LLC, and KENNY and ROXY FOX,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al,<br><br>        Defendants. | Civil No. 19-CV-205-F |

---

## JUDGMENT IN A CIVIL ACTION

---

The Court having granted Plaintiff's Supplemental Motions for Completion of Record on May 13, 2021 and having ordered that Plaintiff's Amended Complaint for Violation of the Federal Advisory Committee Act be dismissed with prejudice.

Plaintiffs, Ranchers Cattlemen Action Legal Fund United Stockgrowers of America, Tracy and Donna Hunt, d/b/a The MW Cattle Company, LLC and Kenny and Roxy Rox, shall take nothing and Defendants, United States Department of Agriculture, United States Department of Agriculture Animal and Plant Health Inspection Service, United States Department of Agriculture Secretary and the United States Department of Agriculture Animal and Plan Health Inspection Service Administrator are entitled to judgment in their favor on all claims asserted against them by Plaintiffs.

Dated this 14th day of May, 2021.

_Clerk of Court or Deputy Clerk_